UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEANNE ARMSTRONG,

    Plaintiff,

v.                                                                        4:04cv47-WS

ADVOCACY CENTER FOR PERSONS
WITH DISABILITIES, INC.,

    Defendant.

_____

ORDER DISMISSING PLAINTIFF'S CLAIMS FOR DISABILITY
DISCRIMINATION, GENDER DISCRIMINATION, AND RETALIATION

    Before the court is the parties' joint motion (doc. 59) for an order adopting the parties' stipulated agreement as to Counts I, II, and III of the plaintiff's complaint. The court having reviewed the motion, it is ORDERED:

    1. The parties' joint motion (doc. 59) for an order of dismissal is GRANTED, and the parties' Stipulation of Dismissal (doc. 37) of Counts I, II, and III is ADOPTED.

    2. Counts I, II, and III of the plaintiff's complaint are hereby DISMISSED with prejudice.

    3. Each party shall bear its/her own attorney's fees and costs with respect to the dismissed claims.

DONE AND ORDERED this June 22, 2005.

      /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE