UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEANNE ARMSTRONG,

    Plaintiff,

v.                                                                  4:04cv47-WS

ADVOCACY CENTER FOR PERSONS
WITH DISABILITIES, INC.,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION FOR RULE 11(b) SANCTIONS

Before the court are the defendant's motion (doc. 64) for Rule 11(b) sanctions and the plaintiff's response (doc. 74) in opposition thereto. The court has carefully considered counsel's respective positions and has determined that sanctions are not warranted.

Accordingly, it is ORDERED:

The defendant's motion for Rule 11(b) sanctions (doc. 64) is DENIED.

DONE AND ORDERED this September 22, 2005.

    /s William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE